UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:

Michael Cooper

Debtor(s)

Case No. 15-22623

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/30/2015.

2) The plan was confirmed on 11/06/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was converted on 05/31/2016.

6) Number of months from filing to last payment: 12.

7) Number of months case was pending: 13.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $65,100.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $18,885.72 |
| Less amount refunded to debtor | $2,516.12 |

**NET RECEIPTS:** $16,369.60

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $765.15 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $765.15

Attorney fees paid and disclosed by debtor:  $2,625.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AMERICASH LOANS LLC | Unsecured | 1,100.00 | 1,247.41 | 1,247.41 | 0.00 | 0.00 |
| ARCHERFIELD FUNDING | Unsecured | 2,525.00 | 2,312.13 | 2,312.13 | 0.00 | 0.00 |
| ATLAS ACQUISITIONS LLC | Unsecured | NA | 510.00 | 510.00 | 0.00 | 0.00 |
| BAYVIEW LOAN SERVICING LLC | Secured | 1,708.27 | 1,708.27 | 1,708.27 | 0.00 | 0.00 |
| BAYVIEW LOAN SERVICING LLC | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| BECKET & LEE LLP | Unsecured | 681.00 | 718.92 | 718.92 | 0.00 | 0.00 |
| BROOKWOOD LOANS OF ILLINOIS Ll | Unsecured | 1,200.00 | 2,145.80 | 2,145.80 | 0.00 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 1,821.00 | 1,877.93 | 1,877.93 | 0.00 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 1,710.00 | 1,844.58 | 1,844.58 | 0.00 | 0.00 |
| COMENITY CAPITAL BANK | Unsecured | 98.00 | 291.18 | 291.18 | 0.00 | 0.00 |
| CREDIT FIRST NA | Unsecured | 989.00 | 1,037.67 | 1,037.67 | 0.00 | 0.00 |
| EXPRESS CASH MART OF ILLINOIS L | Unsecured | 371.00 | 300.00 | 300.00 | 0.00 | 0.00 |
| ILLINOIS LENDING CORP | Unsecured | 1,400.00 | 828.46 | 828.46 | 0.00 | 0.00 |
| LEGACY FIELDS CONDO ASSOC | Secured | 300.00 | 300.00 | 300.00 | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 887.00 | 945.76 | 945.76 | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT AGENT FO | Unsecured | NA | 860.43 | 860.43 | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT AGENT FO | Unsecured | NA | 449.41 | 449.41 | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT AGENT FO | Unsecured | NA | 546.89 | 546.89 | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT AGENT FO | Unsecured | NA | 903.86 | 903.86 | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT AGENT FO | Unsecured | NA | 2,110.04 | 2,110.04 | 0.00 | 0.00 |
| MOUNTAIN SUMMIT FINANCIAL INC | Unsecured | 500.00 | 166.00 | 166.00 | 0.00 | 0.00 |
| PAYPAL | Unsecured | 2,033.00 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 23.00 | NA | NA | 0.00 | 0.00 |
| QVC | Unsecured | 501.00 | NA | NA | 0.00 | 0.00 |
| RISH INC DBA LENDUP | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| RUSH COPLEY MEDICAL CENTER | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| RUSH UNIVERSITY MEDICAL CENTE | Unsecured | 95.00 | NA | NA | 0.00 | 0.00 |
| GREENVALLEY CASH LLC | Unsecured | 575.00 | NA | NA | 0.00 | 0.00 |
| WALMART | Unsecured | 809.00 | NA | NA | 0.00 | 0.00 |
| DERMATOLOGY ASSOCIATES LTD | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| EVINE LIVE | Unsecured | 286.00 | NA | NA | 0.00 | 0.00 |
| CENTER FOR DERM & SKIN CANCER | Unsecured | 286.00 | NA | NA | 0.00 | 0.00 |
| ASHTON DENTAL PC | Unsecured | 34.00 | NA | NA | 0.00 | 0.00 |
| ACL LABORATORIES | Unsecured | 58.00 | NA | NA | 0.00 | 0.00 |
| ADVANCE PAYCHECK INC | Unsecured | 1,503.00 | NA | NA | 0.00 | 0.00 |
| AMAZON | Unsecured | 634.00 | NA | NA | 0.00 | 0.00 |
| SPRINGLEAF FINANCIAL SERVICES | Unsecured | 9,154.00 | 5,324.89 | 5,324.89 | 0.00 | 0.00 |
| TD AUTO FINANCE LLC | Secured | 52,996.00 | 52,626.66 | 52,626.66 | 7,604.04 | 1,228.58 |
| TD AUTO FINANCE LLC | Secured | 41,053.00 | 40,828.13 | 40,828.13 | 5,474.93 | 1,296.90 |
| ZINGO CASH ILLINOIS LLC | Unsecured | 1,527.00 | 1,503.79 | 1,503.79 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $1,708.27 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $93,454.79 | $13,078.97 | $2,525.48 |
| All Other Secured | $300.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$95,463.06** | **$13,078.97** | **$2,525.48** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$25,925.15** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $765.15 |
| Disbursements to Creditors | $15,604.45 |
| **TOTAL DISBURSEMENTS:** | **$16,369.60** |

UST Form 101-13-FR-S (9/1/2009)

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 07/18/2016          By: /s/ Glenn Stearns
                                                Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**